IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. :21-CR-000079-KD |
| | : | |
| DARRIN SOUTHALL | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION FOR ORDER TO TRANSPORT/PRODUCE FOR MEETING WITH ATTORNEYS

COMES NOW, Defendant, DARRIN SOUTHALL, by and through undersigned counsel, and hereby requests that this Honorable Court enter an Order directing the U.S. Marshal to transport and produce DARRIN SOUTHALL to the United States Federal Courthouse, 155 St. Joseph Street, Mobile, AL 36602, on Tuesday, May, 12, 2021 so that he may meet with his lawyer.

Respectfully submitted,

/s/ Donald M. Briskman
DONALD M. BRISKMAN (BRISD9863)
Attorney for Defendant: DARRIN SOUTHALL

OF COUNSEL:

**BRISKMAN & BINION, P.C.**
205 Church Street (36602)Post Office Box 43 Mobile, AL 36601
*T:* 251.433.7600
*F:* 251.433.4485

*Email:*  dbriskman@briskman-binion.com

CERTIFICATE OF SERVICE

I hereby certify that I have on this 15TH day of March 15th, 2021 electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System which will send notification to all parties to this proceeding.

*/s/ Donald M. Briskman*